**No. 09-8533. Henry J. LaFavors, Petitioner v. Florida Department of Corrections.**

560 U.S. 949, 130 S. Ct. 3381, 176 L. Ed. 2d 1265, 2010 U.S. LEXIS 4536.

June 1, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1011, 130 S. Ct. 1941, 176 L. Ed. 2d 373, 2010 U.S. LEXIS 2591.

**No. 09-8868. Sheila Mannix, Petitioner v. Sharon L. Prather, et al.**

560 U.S. 949, 130 S. Ct. 3382, 176 L. Ed. 2d 1265, 2010 U.S. LEXIS 4495.

June 1, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1050, 130 S. Ct. 2344, 176 L. Ed. 2d 565, 2010 U.S. LEXIS 3014.

**No. 09-9089. Barry Wayne Adams, Petitioner v. Michigan.**

560 U.S. 949, 130 S. Ct. 3382, 176 L. Ed. 2d 1265, 2010 U.S. LEXIS 4471.

June 1, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1053, 130 S. Ct. 2351, 176 L. Ed. 2d 569, 2010 U.S. LEXIS 3034.

**No. 09-9286. Thomas P. Richard, Sr., Petitioner v. Pennsylvania.**

560 U.S. 949, 130 S. Ct. 3382, 176 L. Ed. 2d 1265, 2010 U.S. LEXIS 4414.

June 1, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1077, 130 S. Ct. 2112, 176 L. Ed. 2d 739, 2010 U.S. LEXIS 3315.

**No. 09-9354. John-Pierre Baney, Petitioner v. Department of Justice.**

560 U.S. 949, 130 S. Ct. 3382, 176 L. Ed. 2d 1265, 2010 U.S. LEXIS 4392.

June 1, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1054, 130 S. Ct. 2356, 176 L. Ed. 2d 571, 2010 U.S. LEXIS 3033.

**No. 09-9372. J. Lamont Lindsey, Petitioner v. DaimlerChrysler Corporation.**

560 U.S. 950, 130 S. Ct. 3382, 176 L. Ed. 2d 1265, 2010 U.S. LEXIS 4430.

June 1, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1054, 130 S. Ct. 2357, 176 L. Ed. 2d 571, 2010 U.S. LEXIS 2972.

**No. 09-9454. Altemio Gonzales, Petitioner v. United States.**

560 U.S. 950, 130 S. Ct. 3382, 176 L. Ed. 2d 1265, 2010 U.S. LEXIS 4432.

June 1, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1056, 130 S. Ct. 2360, 176 L. Ed. 2d 575, 2010 U.S. LEXIS 3106.